US Bankruptcy Court
Eastern District of Michigan
Southern Division – Detroit
211 W. Fort Street
Detroit, MI 48826

FILED
2010 JUL 30 AM 10: 34
U.S. BANKRUPTCY COURT
E.D. MICH. DETROIT

June 25, 2010

There are several reasons that I do not believe that the Emery L. Inc/ The Baby's Room should be relieved of their obligation to pay their debtors, in particular former customers such as myself:

a. They solicited payments from me within days of filing bankruptcy, and an order for merchandise that they could not provide. This is not an allegation, this is truth. We had baby furniture on lay-away and had been waiting for months as the furniture was supposedly built. The week that The Baby's Room closed its doors I receive a call offering free delivery of the newly finished furniture (my toddler's dresser) if I would pay my balance over the phone. I found this odd. Having done business with them in the past; I knew that previously they did not accept payments by phone.
b. Nonetheless, I was assured that this was a new feature to make payments convenient and I gave my credit/debit card number over the phone. During that call I was told by the manager that the warehouse would deliver my furniture the following day. No one arrived. I phoned repeatedly, no one answered.
c. I called a nearby business, since I do not live in the area, and asked the manager of another store to check next door and tell me what was going on at the Baby's Room. She returned to tell me that the sign on the door said "closed for inventory."
d. I immediately became suspicious. I never heard from the company again until I received a bankruptcy notice from the courts.
e. It was deceitful for a representative of the company to contact me and solicit funds. I launched my own investigation and learned that I received that call only days before the Baby's Room filed for bankruptcy. However, they immediately withdrew funds from my bank account and I was at a loss for over $760.00. This deception brought undue anxiety, stress and financial strain to me and my family. I wish this to be rectified by the courts.

Lastly, the written notifications that I have received regarding this matter have been deceptively unprofessional in their presentation. This appears to have been intentional in order to escape notice when delivered in the mail. To me, this says that there has been and continues to be a concerted effort to leave those of us who are seeking retribution undeservingly unaware of what is going on. I hope that this will not be allowed to happen.

Respectfully Submitted,

*Faith G. M. Timmons*

Rev. Faith Green Timmons
Cc: Kilpatrick and Associates

09-58875-pjs    Doc 90    Filed 06/30/10    Entered 07/14/10 09:33:34    Page 1 of 1